BENJAMIN B. WAGNER
United States Attorney
AHMED I. MIAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-cr-00229-KJN |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| Oscar Perez, ) | DATE:  October 22, 2014 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:14-cr-00229-KJN without prejudice is GRANTED.

It is further ordered that the Status Conference scheduled on October 22, 2014, at 9:00 a.m., shall be vacated.

IT IS SO ORDERED.

Dated:  October 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1